**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>**GEMCRAFT HOMES, INC., et al.**[1]<br><br>　　　　　　　**Debtors.** | **(Chapter 11)**<br><br>**Case No. 09-_____ (_____)**<br><br>**(Joint Administration Requested)** |

## REQUEST FOR EMERGENCY HEARING ON FIRST DAY MOTIONS

The above-captioned debtors and debtors-in-possession (collectively, the "Debtors") each

filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code") on November 9, 2009.  The Debtors also have filed or will file the

following "first day" motions (collectively, the "First Day Motions") seeking emergency relief

from the Court:

1.　　Debtors' Motion for Order under 11 U.S.C. § 364(b) (A) Authorizing Debtors to Obtain Unsecured Postpetition Financing from Gemcraft Capital, LLC, (B) Scheduling Hearings for Interim and Final Approval, and (C) Granting Related Relief.

2.　　Debtors' Motion for Interim and Final Orders Pursuant to Section 366 of the Bankruptcy Code (i) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Utility Services, (ii) Deeming Utility Providers Adequately Assured of Payment for Future Utility Services, and (iii) Establishing Procedures for Determining the Adequate Assurance of Payment.

3.　　Debtors' Motion for an Order Authorizing Payment of Prepetition Wages, Compensation, Employee Benefits, Expense Reimbursement and Related Items, and the Continuation of Certain Employment Policies in the Ordinary Course.

4.　　Debtors' Motion for an Order (i) Authorizing Debtors to Continue Use of their Centralized Cash Management System, Existing Bank Accounts and Business

---

[1]　　The Debtors in these chapter 11 bankruptcy cases are (i) Gemcraft Homes, Inc., (ii) DLM, LLC, (iii) Gemcraft Homes Group, Inc., (iv) Gemcraft Homes Forest Hill, LLC, (v) Gemcraft Chesapeake, LLC, (vi) Harkins Property, LLC, (vii) The Preserves at Jefferson Creek, LLC, and (viii) S & M Properties, LLC (collectively, the "Debtors").

1

Forms, and (ii) Waiving Temporarily the Deposit and Investment Requirements of Section 345 of the Bankruptcy Code.

5.  Debtors' Motion for Order Authorizing the Debtors to (A) Honor Existing Prepetition Contracts for Sale of Homes and to Apply Purchaser Deposits, and Pay Expenses Incurred, at Closing and (B) Enter into Contracts for Homes and Close on Sales of Homes Postpetition, in the Ordinary Course of Business.

6.  Debtors' Motion for Authority to Honor Existing Warranty Claims.

7.  Motion of the Debtors for an Order Directing Joint Administration of their Related Chapter 11 Cases.

8.  Debtors' Motion for an Order Extending the Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs.

9.  Debtors' Motion for Order Authorizing Debtors to File Consolidated Mailing Matrix and Consolidated List of 30 Largest Unsecured Creditors.

WHEREFORE, the Debtors hereby respectfully request an emergency hearing on the

First Day Motions at the Court's earliest convenience.

DATED:  November 9, 2009

*/s/ Irving E. Walker*

Irving E. Walker, Esquire
Gary H. Leibowitz, Esquire
G. David Dean, Esquire
Cole, Schotz, Meisel, Forman &
Leonard, P.A.
300 East Lombard Street, Suite 2000
Baltimore, Maryland  21202
410-230-0660
410-230-0667  Facsimile
iwalker@coleschotz.com
gleibowitz@coleschotz.com
ddean@coleschotz.com

Proposed Attorneys for Debtors and
Debtors-in-Possession

2

**<u>Certificate of Service</u>**

I HEREBY CERTIFY that on this <u>9th</u> day of November, 2009, copies of the foregoing

Request for Emergency Hearing on First Day Motions sent by overnight delivery or facsimile to

the parties identified on the attached service list (except that, for any of the parties identified on

the attached service list without a street address or fax number, copies were sent by first-class

United States mail, postage prepaid).


*/s/ G. David Dean*_____
G. David Dean

## Consolidated Service List

ALL SHORE, INC.
751 ELKTON BLVD.
ELKTON, MD 21921

AMERICAN RESIDENTIAL SERVICES LLC
9070 EUCLID AVE
MANASSAS, VA 20110

ANC PAINTING & MCCORMICK PAINT WORKS
308 S. MAIN ST.
BEL AIR, MD 21014

ARCHER EXTERIORS, INC.
341 HARDING HWY
PITTSGROVE, NJ 08318-8318

B&F DRYWALL INC
815 LITTLE EGYPT ROAD
ELKTON, MD 21921

BB&T BANK
ATTN: GRANT COLLEDGE
16410 HERITAGE
THIRD FLOOR
BOWIE, MD 20716

BENFIELD ELECTRIC CO, INC.
400 HICKORY DRIVE
SUITE 200
ABERDEEN, MD 21001

BOLLINGER CONSTRUCTION
1 CREAMERY WAY
EMMITTBURG, MD 21727

BUILDERS FIRST SOURCE
18 INDUSTRIAL DRIVE
NORTH EAST, MD 21901

BUSTAMANTE CONCRETE
P.O. BOX 1035
ABINGTON, MD 21009

CHESAPEAKE PLUMBING & HEATING, INC
34913 DELAWARE AVE
FRANKFORD, DE 19945

COLE SCHOLTZ MEISEL FORMAN & LEONARD, PA
ATTN: GARY LEIBOWITZ
300 EAST LOMBARD STREET
SUITE 2000
BALTIMORE, MD 21202-

COLE SCHOLTZ MEISEL FORMAN & LEONARD, PA
ATTN: IRVING WALKER
500 DELAWARE AVENUE
SUITE 1410
WILMINGTON, DE 19801

COLUMBIA BANK
ATTN: KEVIN SULLIVAN
7168 COLUMBIA GATEWAY DRIVE
COLUMBIA, MD 21046

COMPLETE HOME SVCS INC
5397 AGRO DRIVE
FREDERICK, MD 21703

COUNTY BANK
ATTN: JOHN FLOYD
19927 SHUTTLE ROAD
REHOBOTH BEACH, DE 19971

4

D & R CONSTRUCTION CO
12202 GLENBAUER RD
KINGSVILLE, MD 21087

D&I LLC
850 ROME COURT
BEL AIR, MD 21015

DIXIE CONSTRUCTION
260 HOPEWELL ROAD
CHUCHVILLE, MD 21028

EIGHTY-FOUR LUMBER
12400 PULASKI HWY
JOPPA, MD 21085

FIFTH THIRD BANK
ATTN: CRAIG HOWARD
707 GRANT STREET
21ST FLOOR
PITTSBURGH, PA 15219

GEBHARDT & SMITH LLP
ATTN: MICHAEL GALLERIZZO
ONE SOUTH STREET
SUITE 2200
BALTIMORE, MD 21202

HALL MECHANICAL & ASSOCIATES, INC.
707 BELAIR AVE.
FRONT ROYAL, VA 22630

INDUSTRIAL LIGHTING HOLDING COMPANY INC
8325 PATUXENT RANGE RD STE E
JESSUP, MD 20794

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 21126
PHILADELPHIA, PA 11914-0326

D & S DRYWALL, INC.
4705 MADONNA RD.
WHITE HALL, MD 21161

DGO'S CONCRETE, INC
101 BIGMOUNT COURT
ABINGTON, MD 22109

EAST COST ELECTRIC CO.
824 KIAMENSI ROAD
WILMINGTON, DE 19804

EMC MORTGAGE
PO BOX 141358
IRVING, TX 75014

FIRST HORIZON CONSTRUCTION LENDING
ATTN: TERRY MILLER
9515 DEERECO ROAD
SUITE 400
TIMONIUM, MD 21093

GEMCRAFT HOMES, INC
2205 COMMERCE ROAD
SUITE A
FOREST HILL, MD 21050

HARFORD BANK
ATTN: DON YOUNG
505 S. MAIN STREET
BEL AIR, MD 21014

INTERGRITY BANK
ATTN: MIKE ZARCONE
3345 MARKET STREET
CAMP HILL, PA 17011

KEKA CONTRACTORS INC
15 CURLEW COURT
REHOBOTH BEACH, DE 19971

45674/0001-6048131v5

LOGAN, YUMKAS, VIDMAR & SWEENEY, LLC
ATTN: JAMES VIDMAR
2530 RIVA ROAD
SUITE 400
ANNAPOLIS, MD 21401

MARK A. NEAL
ASSISTANT UNITED STATES TRUSTEE
101 W. LOMBARD STREET
SUITE 2625
BALTIMORE, MD 21202

OFFICE OF THE ATTORNEY GENERAL
ATTN: DOUGLAS F. GANSLER
200 ST. PAUL PLACE
BALTIMORE, MD 21202

OFFICE OF THE ATTORNEY GENERAL
ATTN: BILL MIMS
900 EAST MAIN STREET
RICHMOND, VA 23219

OFFICE OF THE ATTORNEY GENERAL
ATTN: TOM CORBETT
16TH FLOOR, STRAWBERRY SQUARE
HARRISBURG, PA 17120

PATAPSCO BANK
ATTN: FRAN BROCCOLINO
8005 HARFORD ROAD
BALTIMORE, MD 21234

PNC/BAY FIRST BANK
ATTN: DAVID KENNEDY
TWO HOPKINS PLAZA
BALTIMORE, MD 21201-2930

REGAL BANK
ATTN: JAMIE GRONNING
10123 REISTERTOWN ROAD
OWINGS MILLS, MD 21117

REICO
6790 COMMERCIAL DRIVE
SPRINGFIELD, VA 22151

M&T BANK
ATTN: KEVIN C. SNELBAKER, AVP
107 WEST MARKET STREET
YORK, PA 17401

OBER KALER
ATTN: DAVID S. MUSGRAVE
120 EAST BALTIMORE STREET
SUITE 800
BALTIMORE, MD 21202

OFFICE OF THE ATTORNEY GENERAL
ATTN: JOSEPH R BIDEN, III ESQ
CARVEL STATE OFFICE BUILDING
820 N FRENCH ST
WILMINGTON, DE 19801-3536

OFFICE OF THE ATTORNEY GENERAL
ATTN: DARRELL V. MCGRAW, JR
STATE CAPITOL COMPLEX,
BLDG. 1, ROOM E-26
CHARLESTON, WV 25305

ORRSTOWN BANK
ATTN: PAUL BAYNUM, VP
427 VILLAGE DRIVE
CARLISLE, PA 17015

PEOPLE'S BANK
ATTN: STEPHEN T. SHERMAN, AVP
CODORUS VALLEY CORPORATE CENTER
105 LEADER HEIGHTS
YORK, PA 17405-2887

REDSTEEL HVAC, INC
13945 ROVER MILL ROAD
WEST FRIENDSHIP, MD 21794

REGIONS BANK
ATTN: KEVIN BARRON
ONE GLENDALE PARKWAY
SUITE 400
ATLANTA, GA 30328

RIDGE PLUMBING & AIR
125 INDUSTRY LANE
FOREST HILL, MD 21050

6

S & L PLUMBING INC.
P.O. BOX 546
RISING SUN, MD 21911

SECURITIES AND EXCHANGE COMMISSION
ATTN: DANIEL M. HAWKE, REGIONAL DIRECTOR
THE MELLON INDEPENDENCE CENTER
701 MARKET STREET
PHILADELPHIA, PA 19106-1532

SLAVIE BANK
ATTN: TIM NICHOLS
1614 CHURCHVILLE ROAD
BEL AIR, MD 21015

SOUTHERN ELECTRICAL SERVICE CO INC
103 SYCOLIN ROAD S E
LEEBURG, VA 20175

STONEBRIDGE BANK
ATTN: SANDRA G. KEGGINS, SVP
2217 COMMERCE RD # 1
FOREST HILL, MD 21050

THE GARDEN CITY GROUP, INC.
ATTN: BRIAN KARPUK
190 S. LASALLE STREET
SUITE 1520
CHCIAGO, IL 60603

U.S. ENVIRONMENTAL PROTECTION AGENCY
MID-ATLANTIC REGIONAL OFFICE (REGION 3)
1650 ARCH ST.
PHILADELPHIA, PA 19103-2029

WACHOVIA
ATTN: RON SANDERS
1753 PINNACLE DRIVE
MCLEAN, VA 22102

SECURITIES & EXCHANGE COMMISSION
ATTN: BANKRUPTCY UNIT
15TH & PENNSLYVANIA AVE., NW
WASHINGTON, DC 20020

SHAWN PYLE & DIANE DIXON
260 HOPEWELL ROAD
CHURCHVILLE, MD 21028

SMART ENERGY SYSTEMS INC.
1300 ENTERPRISE COURT
SUITE 105
BEL AIR, MD 21014

SPARTAN ENTERPRISES INC
10097 TYLER PLACE #9
IJAMSVILLE, MD 21754

T & D PAVING, INC.
1940 E. MOUNT HOPE RD
MANHEIM, PA 17545

THE L&L COMPANY
8500 PHOENIX DRIVE
MANASSAS, VA 20110

US ATTORNEY'S OFFICE
ATTN: ROD J. ROSENSTEIN
36 S. CHARLES STREET
4TH FLOOR
BALTIMORE, MD 21201

WYATT, LLC
7 CHESAPEAKE LANDING
ANNAPLIS, MD 21403

## Additional Service Parties

HARFORD BANK
ATTN: MARY TAYLOR
505 MAIN STREET
BEL AIR, MD 21014

M&T BANK
ATTN: JUDY ANDERSON
109 W. MARK STREET
YORK, PA 17401

ORRSTOWN BANK
ATTN: PAUL BAYNUM, VP
427 VILLAGE DRIVE
CARLISLE, PA 17015

STONEBRIDGE BANK
ATTN: SANDY KEGGINS
PO BOX 801
FOREST HILL, MD 21050

PNC/BAY FIRST BANK
ATTN: DAVID KENNEDY
2 HOPKINS PLAZA
BALTIMORE, MD 21201

REGAL BANK & TRUST
PO BOX 426, 1436 CRONHILL DRIVE, #1
OWINGS MILLS, MD 21117

WACHOVIA BANK
ATTN: RON SANDERS
PO BOX 563966
CHAROLETTE, NC 28256

BUILDERS FIRST SOURCE-ALTANTIC GROUP INC
18 INDUSTRIAL DRIVE
NORTH EAST, MD 21901

84 LUMBER, LP
1019 RT 519
EIGHT-FOUR, PA 15330

FRED C. JOHNSON CO., INC.
7057 KIT KAT ROAD
ELKRIDGE, MD 21075-6488

CHESAPEAKE PLUMBING & HEATING INC
34913 DELAWARE AVE
FRANKFORD, DE 19945

HALL MECHANICAL & ASSOCIATES INC.
707 BELAIR AVE
FRONT ROYAL, VA 22630

GORDON'S LANDSCAPING LLC
733 FISHING CREEK ROAD
NEW CUMBERLAND, PA 17070

LOUDOUN STAIRS INC
341 N MAPLE AVENUE
PURCELLVILLE, VA 20132

KEKA CONTRACTORS INC.
15 CURLEW COURT
REHOBOTH BEACH, DE 19971

RAM T CORPORATION
PO BOX 72265
THORNDALE, PA 19372

45674/0001-6048131v5

A T & T
P O BOX 13148
NEWARK, NJ 07101

A.C. & T. CO INC
PO BOX 4217
HAGERSTOWN, MD 21741

A-1 SANITATION SERVICE, INC.
1009 RIVER ROAD
NEW CASTLE, DE 19720

ALLEGHENY POWER
ATTN: CASH PROCESSING
800 CABIN HILL DRIVE
GREENSBURG, PA 15601

ANTIETAM CABLE/TELEVISION
P.O. BOX 64887
BALTIMORE, MD 21264

ARMSTRONG TELEPHONE CO.
PO BOX 747087
PITTSBURGH, PA 15274

ARTESIAN WATER COMPANY
664 CHURCHMANS RD
NEWARK, DE 19702

BALTIMORE GAS & ELECTRIC
P.O. BOX 13070
PHILADELPHIA, PA 19101

BERKLEY COUNTY PSWD
83 MONROE STREET
P.O. BOX 737
MARTINSBURG, WV 25402

CENTRAL PENN GAS
P.O. BOX 71208
PHILADELPHIA, PA 19176

CHESAPEAKE UTILITIES
P. O. BOX 1678
SALISBURY, MD 21802

CHESTERFIELD COUNTY
P.O. BOX 26725
RICHMOND, VA 23261

CHOPTANK ELECTRIC
PO BOX 430
DENTON, MD 21629

CITY OF HAGERSTOWN
P.O.  BOX 1498
HAGERSTOWN, MD 21741

CITY OF SEAFORD
P.O. BOX 1100.
414 HIGH ST
SEAFORD, DE 19973

COLUMBIA GAS OF MARYLAND
P.O. BOX 742519
CINCINNATI, OH 45274

COLUMBIA GAS OF PENNSYLVANIA
P.O. BOX 742537
CINCINNATI, OH 45274

COLUMBIA GAS OF VIRGINIA
P.O. BOX 742529
CINCINNATI, OH 45274

9

COMCAST- PA
P.O. BOX 3005
SOUTHEASTERN, PA 19398

DELAWARE ELECTRIC COOPERATIVE UTILITY
P.O. BOX 600
GREENWOOD, DE 19950

DELMARVA ONLINE
808 PRISCILLA STREET
SALISBURY, MD 21804

DELMARVA POWER
P.O. BOX 17000
WILMINGTON, DE 19886

DELMARVA POWER
REMITTANCE PROCESSING 84CP29
5 COLLINS DRIVE
SUITE 2048
CARNEY'S POINT, NJ 08069

DOMINION VIRGINIA POWER
P O BOX 26543
RICHMOND, VA 23290

DURAWOOD PRODUCTS, INC.
18 INDUSTRIAL WAY
DENVER, PA 17517

EASTERN SPRINGS WATER CO.
6229 HARMONY RD
PRESTON, MD 21655

EMBARQ
P O BOX 96064
CHARLOTTE, NC 28296

FAIRVIEW TOWNSHIP
599 LEWISBERRY RD.
NEW CUMBERLAND, PA 17070

FRONTIER
P.O. BOX 20550
ROCHESTER, NY 14602

GRANITE TELECOMMUNICATIONS
P.O. BOX 83197
WOBURN, MA 01813-1813

GUILFORD WATER AUTHORITY
115 SPRING VALLEY RD.
CHAMBERSBURG, PA 17201

HARFORD COUNTY GOV, DEPT OF PUBLIC
WORKS
220 SOUTH MAIN ST.
BEL AIR, MD 21014

JACKSON TOWNSHIP
BOARD OF SUPERVISORS
439 ROTH'S CHURCH ROAD
SPRING GROVE, PA 17362-8872

JACKSON TOWNSHIP SEWER
439 ROTH'S CHURCH RD.
SPRING GROVE, PA 17362

JEFFERSON UTILITIES INC.
270 INDUSTRIAL BLVD
KEARNEYSVILLE, WV 25430

LOWER ALLEN TOWNSHIP
2233 GETTYSBURG RD
CAMP HILL, PA 17011

MARYLAND AMERICAN WATER, CO.
P.O BOX 371880
PITTSBURGH, PA 15250

MEDIACOM - DELAWARE
P O BOX 79779
BALTIMORE, MD 21279

MET-ED REMITTANCE PROCESSING CENTER
P.O. BOX 3687
AKRON, OH 44309

MOUNTAINEER GAS
P.O. BOX 362
CHARLESTON, WV 25322

PECO ENERGY CO.
P.O. BOX 37629
PHILADELPHIA, PA 19101

PENNSYLVANIA AMERICAN WATER COMPANY
P.O. BOX 371412
PITTSBURGH, PA 15250

PEP-UP, INC.
P.O. BOX 556
GEORGETOWN, DE 19947

PITNEY BOWES GLOBAL FINANCIAL SERVICES
P.O. BOX 856460
LOUISVILLE, KY 40285

PITNEY BOWES POSTAGE BY PHONE
P.O. BOX 856042
LOUISVILLE, KY 40285

PPL  ELECTRIC UTILITIES
2 NORTH 9TH ST RPC-GENN1
ALLENTOWN, PA 18101

REACH LOCAL INC
10480 LITTLE PATUXENT PKWY, #630
COLUMBIA, MD 21044

RED LION BOROUGH WATER DEPT.
CENTER SQ.
RED LION, PA 17356

RED LION MUNICIPAL
P.O. BOX 190
RED LION, PA 17356

SHARP ENERGY, INC.
PO BOX 1553
DOVER, DE 19903-1553

SHARP ENERGY, INC.
PO BOX 1553
DOVER, DE 19903

SUSSEX COUNTY UTILITY, BILLING DIVISION
P.O. BOX 601
GEORGETOWN, DE 19947

TIDEWATER UTILITIES, INC
PO BOX 42635
PHILADELPHIA, PA 19101

TOWN OF ELKTON, FINANCE DEPT.
P.O. BOX 157
ELKTON, MD 21922

11

TOWN OF SMYRNA
P.O. BOX 307
SMYRNA, DE 19977

UGI UTILITIES, INC.
PO BOX 71203
PHILADELPHIA, PA 19176

UNITED PARCEL SERVICE
PO BOX 7247-0244
PHILADELPHIA, PA 19170

UNITED WATER PENNSYLVANIA
P O BOX 371804
PITTSBURG, PA 15250

VERIZON - DE
P.O. BOX 660748
DALLAS, TX 75266

VERIZON - PENN
PO BOX 28000
LEHIGH VLY, PA 18002

VERIZON - TX
PO BOX 660720
DALLAS, TX 75266

VERIZON - TX*
P.O. BOX 660748
DALLAS, TX 75266

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY, PA 18002

VERIZON-PENN
PO BOX 28000
LEHIGH VALLEY, PA 18002

VIRGINIA WASTE SERVICES
11800 LEWIS ROAD
CHESTER, VA 23831

WASTE MANAGEMENT
PO BOX 13648
PHILADELPHIA, PA 19101

YORK WASTE
P.O. BOX 1401
YORK, PA 17405

YORK WATER COMPANY
P.O. BOX 15089
YORK, PA 17405

45674/0001-6048131v5