UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | Case No. 09-31696 |
| | (Chapter 11) |
| GEMCRAFT HOMES, INC., | |
| Debtor | |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICE AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of The Columbia Bank, a creditor and/or party in interest in the above case, and, pursuant to 11 U.S.C. §§ 342(a) and 1109(b), Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010(b) and the Local Rules of this Court, hereby requests that all notices given or required to be given and all papers served or required to be served be served on the following:

> Richard M. Kremen
> Jodie E. Buchman
> DLA Piper US LLP
> The Marbury Building
> 6225 Smith Avenue
> Baltimore, Maryland 21209-3600
> (410) 580-3000 telephone
> (410) 580-3001 facsimile
> Email: jodie.buchman@dlapiper.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all notices and/or orders relating to any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telecopy or otherwise, which may in any way affect or seek to affect any right or interest of The Columbia Bank.

EAST\42610954.1

-2-

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017, the foregoing request includes any disclosure statement and/or plan of reorganization filed in this case.

PLEASE TAKE FURTHER NOTICE that the filing of this pleading is intended to constitute only a special appearance to the extent that a general appearance would constitute a waiver of any right.  The filing of this pleading is not intended to be, nor shall it be deemed, a consent to or waiver of the right to challenge the jurisdiction of the United States Bankruptcy Court to adjudicate any matter, including, without limitation, any non-core matter, which right is hereby expressly reserved.  Furthermore, the filing of this pleading is not intended to be, nor shall it be deemed, a consent to or waiver of any right to a jury trial, should such right be available at any time during the course of this proceeding, which right is hereby expressly reserved.

                                  Respectfully submitted,

DATE:  November 11, 2009          /s/  Jodie E. Buchman
Richard M. Kremen (Fed. Bar No. 00532)
Jodie E. Buchman (Fed. Bar No. 26004)
DLA Piper US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

Attorneys for The Columbia Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2009 a copy of the foregoing Notice of Appearance and Request for Notice and Service of Papers was sent by first class-mail postage prepaid to:

Irving Walker
Cole Schotz Meisel Forman & Leonard PA
300 East Lombard Street, Suite 2000
Baltimore, MD 21202

Jeffrey S. Stein
The Garden City Group, Inc.
105 Maxess Road
Melville, NY 11747

Larry Yumkas
Logan, Yumkas Vidmar & Sweeney, LLC
2530 Riva Road, Suite 400
Annapolis, MD 21401

David Musgrave
Ober, Kaler, Grimes & Shriver
A Professional Corporation
120 East Baltimore Street
Baltimore, MD 21201

Office of the U.S. Trustee
Garmatz Federal Courthouse
101 West Lombard Street
Suite 2625
Baltimore, MD 21201

      /s/  Jodie E. Buchman
      Jodie E. Buchman