IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

| | | |
|---|---|---|
| In re: | ( | |
| GEMCRAFT HOMES, INC. | ( | Case No.: 09-31696-NA |
| DLM, LLC,, Gemcraft Homes Group, LLC, Gemcraft Homes Forest Hill, LLC Gemcraft Chesapeake, LLC, Harkins Property, LLC, The Preserves at Jefferson Creek, LLC, S & M Properties, LLC | ( | Case Nos.:   09-31702 -04 and 09-31706 -09 (Chapter 11) |
| Debtors | | (Jointly Administered Under Case No.: 09-31696-NA) |
| ( ( ( ( ( ( ( ( ( ( ( | | |

**REQUEST FOR EMERGENCY HEARING ON MOTION TO PROHIBIT USE OF AND TO COMPEL SEGREGATION OF CASH COLLATERAL**

On November 9, 2009, the Debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On November 10, 2009, the Court scheduled a hearing on certain "first-day" motions seeking emergency relief from the Court for **November 13, 2009 at 10:00 a.m.** (The "First-Day Hearing").

**Chesapeake Plumbing & Heating, Inc.** ("**Chesapeake**"), by its undersigned counsel, respectfully requests that, in addition to the motions previously scheduled for the First-Day Hearing, the Court schedule the following motion to be heard during the First-Day Hearing:   1.   Emergency Motion to Prohibit Use Of and To Compel Segregation of Cash Collateral [Docket No. 35 ].

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
(410) 580-0500 Phone
(410) 580-0700 Fax
Zvi@ZviGuttman.com
**Attorneys for  Chesapeake Plumbing & Heating, Inc.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>

| | | |
|---|---|---|
| In re: | ( | |
| GEMCRAFT HOMES, INC. | ( | Case No.: 09-31696-NA |
| DLM, LLC,, Gemcraft Homes Group, LLC, Gemcraft Homes Forest Hill, LLC Gemcraft Chesapeake, LLC, Harkins Property, LLC, The Preserves at Jefferson Creek, LLC, S & M Properties, LLC | ( | Case Nos.: 09-31702 -04 and 09-31706 -09<br><br>(Chapter 11) |
| Debtors | | (Jointly Administered Under Case No.: 09-31696-NA) |

(   (   (   (   (   (   (   (   (   (   (

**REQUEST FOR EMERGENCY HEARING ON  MOTION TO PROHIBIT USE OF AND TO COMPEL SEGREGATION OF CASH COLLATERAL**

On November 9, 2009, the Debtors each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On November 10, 2009, the Court scheduled a hearing on certain "first-day" motions seeking emergency relief from the Court for **November 13, 2009 at 10:00 a.m.** (The "First-Day Hearing").

**Chesapeake Plumbing & Heating, Inc.** ("**Chesapeake**"), by its undersigned counsel, respectfully requests that, in addition to the motions previously scheduled for the First-Day Hearing, the Court schedule the following motion to be heard during the First-Day Hearing:   1. Emergency Motion to Prohibit Use Of and To Compel Segregation of Cash Collateral [Docket No. 35 ].

/s/ Zvi Guttman
Zvi Guttman (06902)
The Law Offices of Zvi Guttman, P.A.
Post Office Box 32308
Baltimore, Maryland 21282
(410) 580-0500 Phone
(410) 580-0700 Fax
Zvi@ZviGuttman.com
**Attorneys for  Chesapeake Plumbing & Heating, Inc.**